**Supreme Court**
No. 2012-334-M.P.

City of Cranston Police Officers,     :
International Brotherhood of Police
Officers, Local 301, AFL-CIO et al.

            v.            :

    Lincoln D. Chafee et al.     :

# O R D E R

For the reasons expressed in our Order issued on this date in Rhode Island Public

Employees' Retiree Coalition et al. v. Lincoln D. Chafee et al., No. 2012-331-M.P., the

petition for writ of certiorari is denied.

Entered as an Order of this Court, this **6th** day of **December, 2012**.

By Order,

_____/s/_____

Clerk


**TITLE OF CASE:**     City of Cranston Police Officers, International Brotherhood of Police Officers, Local 301, AFL-CIO et al. v. Lincoln D. Chafee et al.

**CASE NO:**     No. 2012-334-M.P.

**COURT:**     Supreme Court

**DATE ORDER FILED:**     December 6, 2012

**JUSTICES:**     Suttell, C.J., Goldberg, Flaherty, Robinson, and Indeglia, JJ.

**WRITTEN BY:**     N/A – Court Order

**SOURCE OF APPEAL:**     Providence County Superior Court

**JUDGE FROM LOWER COURT**:

    Associate Justice Sarah Taft-Carter

**ATTORNEYS ON APPEAL:**

    For Plaintiffs:  Gary T. Gentile, Esq.
                    Paul V. Sullivan, Esq.

    For Defendants:
        John A. Tarantino, Esq.
        James R. Lee, Department of Attorney General
        Rebecca T. Partington, Department of Attorney General